### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEONARD STRONG

        Plaintiff,

    v.

CITY OF PHILADELPHIA, et al.

        Defendants.

CIVIL ACTION NO.  21-4652

### ORDER

**AND NOW,** this 28th day of March 2023, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 14], and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DISMISSED without prejudice in part** as follows:

1. Defendants' Motion is **GRANTED** as to Count VI (the *Monell* claim) of the Complaint and as to all claims against Defendant Talmadge.

2. Defendants' Motion is **DISMISSED without prejudice** as to Counts I through V of the Complaint.

**IT IS FURTHER ORDERED** that Plaintiff may file a motion for leave to file an amended complaint within **60 days** from the date of this Order. If Plaintiff does not file such a motion, or the motion to amend is denied, Defendants may file a renewed motion for summary judgment.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**