IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEONARD STRONG,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**CITY OF PHILADELPHIA**, *et al*.,<br><br>　　　　　　Defendants. | **CIVIL ACTION NO. 21-4652** |

# ORDER

**AND NOW**, this 8th day of May 2024, upon consideration of Defendants' Motion to Dismiss [Doc. No. 27], and the response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motion is **GRANTED** as follows:

1. All claims against Defendant Detention Center are **DISMISSED as withdrawn.** The Clerk is directed to terminate the Detention Center as a party.

2. All claims against Defendant the City of Philadelphia are **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate the City of Philadelphia as a party.

3. Strong's Assault and Battery Claim claim against Defendants Ferguson, Wiercinski, Ringold, and Scott is **DISMISSED WITH PREJUDICE**.

4. Strong's malicious prosecution claim against Defendants Ferguson, Wiercinski, Ringold, and Scott is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that:

1. On or before **June 4, 2024**, the parties, through counsel, shall jointly report to the Court, in writing, as to whether they wish to have a settlement conference before a magistrate

judge or pursue some other form of alternative dispute resolution. This joint report should not be filed of record but submitted to Chambers by email to Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov.[1]

2. The parties shall complete any additional discovery by **June 28, 2024**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] The court notes that the Defendants have already filed an Answer to the Amended Complaint. *See* Answer [Doc. No. 28].